DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN CROMER,**
Appellant,

v.

**OCWEN LOAN SERVICING, LLC,** in substitution for the original Plaintiff
**GMAC MORTGAGE, LLC,**
Appellee.

No. 4D19-2067

[February 6, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 11-021669 CACE (11).

Catherine A. Riggins, Miami, for appellant.

Michael P. De Simone and Steven J. Brotman of Locke Ford LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***